IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR28 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KYLONZO N. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

The initial appearance is scheduled before the undersigned magistrate judge at **10:00 a.m. on March 6, 2007**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The Clerk shall mail a copy of this order to the defendant at 366 Linden Avenue, #131, Atlanta, GA 30308.

This being a criminal case, the defendant must be present unless otherwise ordered by the court.

DATED this 26th day of February, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge